IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JAMES M. MCCRIMMON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court of Appeals issued a "judgment" remanding this case for sentencing. (See filings 82-1 and 82-2.) But, and despite the statement of the Court of Appeals that a "mandate" would be forthcoming, no such mandate has been issued.

A staff member from our Clerk's office has conferred with a staff member at the Clerk's office for the Court of Appeals. She learned that the Court of Appeals does not intend to issue a mandate, despite the Court's contrary statement in the judgment.

Believing that I have been instructed to resentence (on grounds that are not discussed in the judgment) despite the absence of a mandate, and that I may proceed in the absence of a mandate,

IT IS ORDERED that a telephone conference will be held with counsel of record to discuss the status of this case. My chambers shall arrange the call.

January 12, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge