IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES W. MCCRIMMON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant McCrimmon's resentencing hearing is scheduled on Friday, March 10, 2006, at 2:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present for the hearing unless excused by the court.

January 19, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge